IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RUCKER,

    Petitioner,                   No. CIV S-03-1715 LKK EFB P

    vs.

JIM HAMLET, Warden,

    Respondent.                <u>ORDER</u>

/

      Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 20, 2003, respondent was directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application. Respondent filed an answer on October 17, 2003, but has not lodged with the court either the Reporter's Transcript on Appeal or the Clerk's Transcript on Appeal. Respondent cites to the both of these transcripts in his answer. *See* Answer at 4-7, 16.

      The court finds that the Reporter's Transcript on Appeal and the Clerk's Transcript on Appeal are necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, petitioner will be directed to lodge both transcripts within fourteen days.

1

1  Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the
2  date of this order respondent shall lodge the Reporter's Transcript on Appeal and the Clerk's
3  Transcript on Appeal.

4  DATED: January 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE