IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RUCKER,

    Petitioner,                                      No. CIV S-03-1715 LKK EFB P

    vs.

JIM HAMLET, Warden,                       <u>ORDER TO SHOW CAUSE</u>

    Respondent.

_____/

       Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 20, 2003, respondent was directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application. *See* Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts (placing the burden on respondent to attach to the answer those parts of the transcript that respondent considers relevant and providing that the judge may order the production of further transcripts). Respondent filed an answer on October 17, 2003, but did not lodge with the court either the Reporter's Transcript on Appeal or the Clerk's Transcript on Appeal. Respondent cited to both of these transcripts in his answer. *See* Answer at 4-7, 16.

/////

1

By order dated January 11, 2007, this court issued an order directing respondent to lodge both the Reporter's Transcript and the Clerk's Transcript within fourteen days.  On January 25, 2007, respondent lodged the Clerk's Transcript but not the Reporter's Transcript.  On January 26, 2007, court staff telephoned counsel for respondent in an effort to ascertain when the Reporter's Transcript would be lodged.  Counsel stated that he had not been able to find the Reporter's Transcript in the office of the Attorney General and expressed extreme reluctance to make further efforts to comply with the court order.  However, he agreed to attempt to locate the transcript and to advise the court of the status of his efforts.  As of this date, the court has not received a response of any kind from counsel for respondent, nor has the Reporter's Transcript been lodged.  Obviously, without that transcript the court cannot examine and read the pages cited to and relied upon by counsel for the respondent.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Within seven days from the filed date of this order, respondent shall file the Reporter's Transcript on Appeal or show cause why sanctions should not be imposed for respondent's failure to comply, in full, with this court's order of January 7, 2007.

2. The Clerk of Court is directed to serve a copy of this order on Michael P. Farrell, Senior Assistant Attorney General.

DATED: February 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE