IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RUCKER,

    Petitioner,                    No. CIV S-03-1715 LKK EFB P

    vs.

JIM HAMLET, Warden,

    Respondent.              <u>ORDER</u>

        This is a habeas corpus action, filed pursuant to 28 U.S.C. § 2254.  On February 6, 2007, this court issued an order to show cause why sanctions should not be imposed on respondent for failure to comply with a court order directing him to lodge the Reporter's Transcript on Appeal. On March 7, 2007, respondent lodged the appropriate documents.  Accordingly, the order to show cause will be discharged.

        Good cause appearing, IT IS HEREBY ORDERED that the February 6, 2007, order to show cause is discharged.

Dated: April 19, 2007

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE