IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RUCKER,

      Petitioner,                    No. CIV S-03-1715 LKK EFB P

   vs.

JIM HAMLET, Warden,

      Respondent.                 ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 2, 2007 denial of his application for a writ of habeas corpus. Petitioner has also filed a request for a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

      A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*,

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether his sentence constitutes cruel and unusual punishment; (2) whether his appellate attorney rendered ineffective assistance; and (3) whether his right to due process was violated by the giving of a jury instruction.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED:   September 11, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.

2